UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

GRAFTON AND UPTON RAILROAD
COMPANY,
          Plaintiff,

v.

TOWN OF MILFORD,
          Defendant.

FILED
IN CLERKS OFFICE
2003 DEC 29  A 11: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. No.: 03-40291-NMG

## MOTION FOR A SHORT ORDER OF NOTICE

The plaintiff, Grafton and Upton Railroad Company ("GU"), hereby moves this Honorable Court to enter a short order of notice demanding that the defendant, Town of Milford, respond to its *Motion for a Preliminary Injunction*. As grounds therefore, the GU states that a shortened period of notice is required as the harm that will result if the preliminary injunction is not issued could occur before the hearing can be scheduled, in the ordinary course, upon the court's calendar. Any hardship which will be placed by the allowance of this motion is outweighed by the hardship that will accrue to the GU if it is denied.

WHEREFORE, the Grafton and Upton Railroad Company respectfully requests that this Honorable Court shorten the period of notice for the hearing on its *Motion for a Preliminary Injunction*.

Respectfully submitted,
GRAFTON AND UPTON RAILROAD CO.,
by its attorneys,

_____
Michael B. Flynn     BBO No.: 559023
Richard A. Davidson, Jr.     BBO No.: 552988
FLYNN & ASSOCIATES, P.C.
189 State Street, Sixth Floor
Boston, MA 02109
(617) 722-8253

Dated: 12/29/03