UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Grafton and Upton Railroad Co.,**

    **Plaintiff,**                                                                                    CA03-40291-NMG

    **v.**

**Town of Milford,**

    **Defendant,**

**NOTICE**

**PLEASE TAKE NOTICE that this matter has been set for a status conference on <u>Friday, January 28, 2005 at 3:00 p.m.</u>, before the Honorable Nathaniel M. Gorton. The conference will be held at the United States District Court, John Joseph Moakley Courthouse, 1 Courthouse Way, Boston, Massachusetts, courtroom no. 4 on the 3rd floor.**

                                                      **Tony Anastas, Clerk of Courts**

                                                      /s/ Craig J. Nicewicz

**<u>12/8/2004</u>**
    Date                                                                                    **Craig Nicewicz, Deputy Clerk**

                                                            **617-748-9158**