UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

GRAFTON AND UPTON RAILROAD
COMPANY,
                Plaintiff,

v.

TOWN OF MILFORD,
                Defendant.

C.A. No.:   03-40291-NMG

## ASSENTED TO MOTION FOR CONTINUANCE OF STATUS CONFERENCE

The parties in the above-captioned matter hereby move this Honorable Court to Continue the *Status Conference* which is scheduled for January 28, 2005.

As grounds therefore, counsel for the plaintiff, Grafton and Upton Railroad Company, states that he will be on trial that date in the matter of *Kenneth Horibin v. Providence & Worcester Railroad Co.*, U.S. District Court for the District of Massachusetts, Central Division, C.A. No.: 03-40291-FDS.

WHEREFORE, the parties respectfully request that this Honorable Court continue the *Status Conference* presently scheduled for January 28, 2005, and reschedule same for a date convenient to the Court.

Respectfully submitted,

| GRAFTON AND UPTON RAILROAD CO.,<br>by its attorneys, | TOWN OF MILFORD, MA<br>by its attorney, |
|---|---|
| */s/* Richard A. Davidson, Jr. | */s/* Gerald M. Moody |
| Michael B. Flynn    BBO No.: 559023<br>Richard A. Davidson, Jr.    BBO No.: 552988<br>FLYNN & ASSOCIATES, P.C.<br>400 Crown Colony Drive<br>Suite 200<br>Quincy, MA 02169<br>(617) 773-5500 | Gerald M. Moody    BBO No.: 352380<br>Town of Milford<br>Legal Department<br>52 Main Street<br>Milford, MA 01757-2622<br>(508) 634-2302 |

DATED: January 18, 2005