UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Grafton & Upton Railroad Company,
        Plaintiff

V.

Town of Milford,
        Defendant

CIVIL ACTION

NO.   03-40291

## JUDGMENT

Gorton, D. J.

In accordance with the Court's Memorandum and Order dated   2/14/06   granting   Defendant's   motion for summary judgment in the above-entitled action, it is hereby ORDERED:

      Judgment for the   Defendant

By the Court,

3/21/06
Date

/s/ Craig J. Nicewicz
Deputy Clerk

(Judgment for SJ.wpd - 12/98)